UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-02832-JAK-KSx | Date | July 30, 2026 |
| Title | 173D Airborne Brigade Association v. Caleb Geller et al | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO ALL DEFENDANTS**

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on June 17, 2026 (Dkt. 12) ordering Plaintiff either to respond in writing no later than June 25, 2026, as to why the matter should not be dismissed for lack of prosecution. Plaintiff's response was timely filed on June 25, 2026 at Dkt. 13. On June 29, 2026, the Court granted Plaintiff's request for an extension of time for service (Dkt. 14). Plaintiff's deadline to serve the Summons and Complaint was extended to August 25, 2026 as to Caleb Geller, and July 27, 2026 as to Michael Geller. Proof of Service was executed upon Defendant Caleb Geller, answer was due on July 27, 2026 (Dkt. 15). As to date, no answer has been filed as to Defendant Caleb Geller, and no proof of service has been filed as to Michael Geller.

The Court, on its own motion, orders Plaintiff to show cause in writing no later than **August 7, 2026**, why this action should not be dismissed for lack of prosecution. The Order to Show Cause will stand submitted upon the filing of an appropriate response. Failure to respond will result in the dismissal of this matter.

**IT IS SO ORDERED.**

:

Initials of Preparer mal